# BRYAN LAW FIRM

*Attorney at Law*

*BRUCE R. BRYAN, ESQ.*
*Member New York*
*and Florida Bar*

*333 East Onondaga Street*
*Syracuse, New York 13202*
*315-476-1800*
*Fax 315-474-0425*

April 30, 2010

Hon. Thomas J. McAvoy
United States Courthouse
  and Federal Building
15 Henry Street
Binghamton, New York 13901

Re: United States v. Puglisi; 09-CR-75-01

Dear Judge McAvoy:

I will be filing the Defendant's Sentencing Memorandum on or before May 11, 2010 in accordance with this Court's Order. Because of the sensitive nature of the information that will be contained therein, including mitigating facts relating to the nature and circumstances of the sexual offense, the defense is requesting permission to file the Sentencing Memorandum and accompanying exhibits under seal. A sealing order is enclosed for that purpose.

Thank you for your consideration of this matter.

Very truly yours,

Bruce R. Bryan

BRB/cv
Enclosure

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**

                                                  **DOCKET NO.**

**vs.**                                          **09-CR-75   (TJM)**

**JOHN MICHAEL PUGLISI**

                          **Defendant.**

_____

### SEALING ORDER

Upon the application of Bruce R. Bryan, Esq, on behalf of the above-named defendant, and

good cause having been shown, the Defendant's Sentencing Memorandum and accompanying

exhibits will be filed under **SEAL**.

Dated: May _____, 2010
      Binghamton, New York                     _____

                                           HON.  THOMAS J. McAVOY
                                         SENIOR U.S. DISTRICT JUDGE